IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRST PLACE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 CV 02044 |
| | ) | |
| v. | ) | Jury Demanded |
| | ) | |
| SKYLINE FUNDING, INC., MICHAEL KLEIN, | ) | Hon. Robert W. Gettleman |
| RANDALL P. COLEMAN, KRYSTAL D. | ) | |
| THOMPSON, MARIYA RYMARUK, LOUIS | ) | |
| BURKS, LESTER TALLY, RAMONE | ) | |
| PATTERSON, TERRY MCMICHALES, | ) | |
| ARRELIA GARDNER, SERHIY KUDIN, AND | ) | |
| LEFTERI POPE | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO FILE RESPONSE BRIEF**

Plaintiff, First Place Bank, by and through its attorneys, Meckler Bulger Tilson Marick & Pearson LLP, moves this Court for entry of an order allowing it to file a response brief in excess of 15 pages. In support of its Motion, First Place Bank states as follows:

1. On March 23, 2011, First Place Bank filed its Second Amended Complaint. Thereafter on April 13, 2011, Skyline Funding and Michael Klein filed its third consecutive motion to dismiss.

2. This Court's September 1, 2009 standing order states that briefs may only exceed 15 pages if unusual circumstances exist. It is necessary that First Place Bank be given a full opportunity to address each argument raised by Defendants in its most recent motion to dismiss. Therefore, the necessary unusual circumstances do exist.

3. In order to fully address each argument, First Place Bank respectfully request leave to file a brief of 22 pages, exclusive of exhibits. A copy of the brief is being filed simultaneously with this Motion.

WHEREFORE, First Place Bank requests this Honorable Court to enter an order granting it the opportunity to file a response brief to Defendants' motion to dismiss in excess of 15 pages.

Dated this 19th day of May, 2011.

Respectfully submitted,

By:/s/ Christopher E. Kentra
One of Its Attorneys

Christopher E. Kentra
Bradley M. Burd
Clark M. Stalker
MECKLER BULGER TILSON MARICK & PEARSON LLP
123 North Wacker Drive – Suite 1800
Chicago, IL 60606
Phone: (312) 474-7900
Fax: (312) 474-7898
Firm ID No. 37134

2